## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:   AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re:   FUEL INJECTION SYSTEMS<br>DIRECT PURCHASER ACTIONS | 2:13-cv-02201-MOB-MKM |
| THIS RELATES TO:<br><br>ALL EUROPEAN AUTO SUPPLY, INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>AISAN INDUSTRY CO., LTD., et al.,<br><br>     Defendants. | 2:15-cv-11827-MOB-MKM |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DENSO DEFENDANTS BY PLAINTIFF ALL EUROPEAN AUTO SUPPLY, INC.

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff All European Auto Supply, Inc., voluntarily dismisses its claims without prejudice against DENSO Corporation, Denso International America, Inc., and DENSO International Korea Corporation (collectively, the "DENSO Defendants").

Dated: March 10, 2017                         Respectfully submitted,

                                              */s/ David H. Fink*
                                              David H. Fink (P28235)
                                              Darryl Bressack (P67820)
                                              FINK + ASSOCIATES LAW
                                              38500 Woodward Avenue, Suite 350
                                              Bloomfield Hills, MI 48304
                                              Telephone: (248) 971-2500
                                              dfink@ finkandassociateslaw.com
                                              dbressack@finkandassociateslaw.com

                                              Joseph C. Kohn
                                              Douglas A. Abrahams
                                              William E. Hoese
                                              KOHN, SWIFT AND GRAF, P.C.
                                              One South Broad Street
                                              Suite 2100
                                              Philadelphia, PA 19107
                                              215-238-1700
                                              Fax: 215-238-1968
                                              jokhn@kohnswift.com
                                              dabrahams@kohnswift.com
                                              whose@kohnswift.com

                                              Gregory P. Hansel
                                              Randall B. Weill
                                              Michael S. Smith
                                              PRETI FLAHERTY BELIVEAU &
                                                  PACHIOS LLP
                                              One City Center
                                              P.O. Box 9546
                                              Portland, ME 04112-9546
                                              Telephone: (207) 791-3111
                                              Fax: (207) 791-3111
                                              ghansel@preti.com
                                              rweill@preti.com
                                              msmith@preti.com

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@tklmlaw.com
blondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF &
   WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com

M. John Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1431
jdmoninguez@cohenmilstein.com

David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
dyoung@cohenmilstein.com

Matthew W. Ruan
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838 7797
mruan@cohenmilstein.com

Solomon B. Cera
Thomas B. Bright
Pamela A. Markert
CERA LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: (415) 777-2230
scera@cerallp.com
tbright@cerallp.com
pmarkert@cerallp.com

Aubrey H. Tobin (P31256)
Attorney at Law, P.C.
2140 Walnut Lake Road
West Bloomfield, MI 48323
Telephone: (248) 932-3070
Aubrey@tobinpc.com

***Counsel for All European Auto Supply, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

/s/ Nathan J. Fink
Nathan J. Fink